UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

PETER LUNDE,

                Plaintiff,

    -against-                                1:10-CV-00927 (LEK/ATB)

COMMISSIONER OF SOCIAL
SECURITY,

                Defendant.

## DECISION AND ORDER

This matter comes before the Court following a Report-Recommendation filed on June 6, 2011, by the Honorable Andrew T. Baxter, United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b) and L.R. 72.3(d) of the Northern District of New York.  Report-Rec. (Dkt. No. 10).

Within fourteen days after a party has been served with a copy of a Magistrate Judge's Report-Recommendation, the party "may serve and file specific, written objections to the proposed findings and recommendations," FED. R. CIV. P. 72(b), in compliance with L.R. 72.1(c).  No objections have been raised in the allotted time with respect to Magistrate Judge Baxter's Report-Recommendation.  Furthermore, after examining the record, the Court has determined that the Report-Recommendation is not subject to attack for plain error or manifest injustice.

Accordingly, it is hereby:

**ORDERED**, that the Report-Recommendation (Dkt. No. 10) is **APPROVED** and **ADOPTED** in its **ENTIRETY**; and it is further

**ORDERED**, that the decision of the Commissioner is **AFFIRMED** and Plaintiff's Complaint (Dkt. No. 1) is **DISMISSED**; and it is further

**ORDERED**, that the Clerk serve a copy of this Order on the parties.

**IT IS SO ORDERED.**

DATED:       July 13, 2011
             Albany, New York

_____
Lawrence E. Kahn
U.S. District Judge